United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 20, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 18-32218 |
| **BRIAR BUILDING HOUSTON LLC,** | § | |
| | § | CHAPTER 11 |
| Debtor. | § | |
| | § | |
| **GEORGE M LEE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 20-3398 |
| | § | |
| **MOHAMMAD ALI CHOUDHRI,** | § | |
| | § | |
| Defendant. | § | |

# ORDER
# FOR SHOW CAUSE
# AS TO WHY MOHAMMAD ALI CHOUDHRI
# SHOULD NOT BE HELD IN CIVIL CONTEMPT

On July 6, 2022 the Court issued an order wherein Mohammad Ali Choudhri and Jetall Companies, Inc. where, inter alia ordered: that no later than July 20, 2022, Mohammad Ali Choudhri and Jetall Companies, Inc. must: (i) produce responses and materials responsive to Plaintiff's First Discovery Request; (ii) produce responses and materials responsive to George M. Lee's Second Set of Discovery Requests to Ali Choudhri; (iii) pursuant to Federal Rule of Civil Procedure 26(b)(5), produce a privilege log if any. The July 6, 2022 order further stated that If Mohammad Ali Choudhri failed to comply with this Court's order that the Court may issue further orders including fee shifting and for civil contempt.

Additionally, on July 20, 2022 the Court heard evidence that Mr. Choudhri and Jetall Companies, Inc. partially complied with the July 6, 2022 Order. Accordingly, it is therefore:

**ORDERED:** that

1. no later than July 26, 2022, Mohammad Ali Choudhri and Jetall Companies, Inc. must: (i) Produce complete responses and materials responsive to Plaintiff's First Discovery Request; (ii) Produce complete responses and materials responsive to George M. Lee's Second Set of Discovery Requests to Ali Choudhri; (iii) Pursuant to Federal Rule of Civil Procedure 26(b)(5), produce a privilege log if any, and (iv) Mohamad Ali Choudhri must personally appear for a deposition with George M. Lee on July 27, 2022 at 9:00 a.m.

    (Central Standard Time).[1]

2. Mohammad Ali Choudhri and his counsel shall personally appear at a hearing before the United States Bankruptcy Court, Houston Division on August 23 2022 at 3:00 p.m. (Central Standard Time) to show cause why Mohammad Ali Choudhri is not in contempt of this Court's order, ECF No. 68 and the instant order issued today.

3. failure to appear at the August 23, 2022 hearing in person may result in the issuance of further orders including the issuance of a bench warrant for the arrest of any person that fails to comply with this Order.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.  **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically.  One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

5. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

6. No later than July 22, 2022 George M. Lee must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED July 20, 2022

_____
Eduardo Rodriguez
United States Bankruptcy Judge

---

[1] ECF No. 71.